UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES T. WILSON,                          Case No. 24-11634
                        Plaintiff,
v.                                          F. Kay Behm
                                            United States District Judge
CARPENTER, *et al.*,
                        Defendants.         Curtis Ivy, Jr.
_____/                United States Magistrate Judge

## ORDER TERMINATING AS MOOT PLAINTIFF'S MOTION TO COMPEL DISCOVERY (ECF No. 8)

Plaintiff moved for an order compelling the Michigan Department of Corrections to provide the full names and addresses of Defendants Long, Carpenter, and Bitler. His motion comes in response to an order for him to provide full names or else these defendants would be dismissed without prejudice. (ECF No. 6). Because full names are not needed at this time, the motion is terminated as **MOOT**. The Court directed the United States Marshals Service to attempt service by waiver on those three defendants. If service cannot be completed with the information Plaintiff has already provided, the Court may require more information from Plaintiff.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal

Rule of Civil Procedure 72(a) and Local Rule 72.1(d).  A party may not assign as error any defect in this Order to which timely objection was not made.  Fed. R. Civ. P. 72(a).  Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection.  When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge.  E.D. Mich. Local Rule 72.2.

Date: September 18, 2024              s/Curtis Ivy, Jr.
                                      Curtis Ivy, Jr.
                                      United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on September 18, 2024.

                                      s/Sara Krause
                                      Case Manager
                                      (810) 341-7850