UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES T. WILSON, | Case No. 24-11634 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| G. MINIARD, *et al.*, | Curtis Ivy Jr. |
| | United States Magistrate Judge |
| Defendants. | |
| _____ / | |

**OPINION AND ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S AUGUST 28, 2025 REPORT AND RECOMMENDATION (ECF No. 51)**

Currently before the court is Magistrate Judge Curtis Ivy's August 28, 2025 Report and Recommendation. (ECF No. 51). Magistrate Judge Ivy recommends denying Defendant Long's motion to dismiss (ECF No. 46) based on lack of service of process without prejudice. *Id.* The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless agrees with the Magistrate Judge's recommended disposition. Therefore, the court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and

1

2

Recommendation (ECF No. 51) and **DENIES** the motion to dismiss (ECF No. 46) without prejudice.

    **SO ORDERED**.

Date: October 28, 2025                              s/F. Kay Behm
                                                        F. Kay Behm
                                                        United States District Judge