UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES T. WILSON,<br><br>Plaintiff,<br>v.<br><br>G. MINIARD, *et al.*,<br><br>Defendants.<br>______________________________ / | Case No. 24-11634<br><br>F. Kay Behm<br>United States District Judge<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

**OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S OCTOBER 13, 2026, REPORT AND RECOMMENDATION (ECF No. 68)**

Currently before the court is Magistrate Curtis Ivy, Jr.'s October 13, 2026 Report and Recommendation. (ECF No. 68). Magistrate Judge Ivy recommends dismissal of Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 41(b) and the denial of Defendant's motion to dismiss as moot (ECF No. 62). *Id*. The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless agrees with the Magistrate Judge's

recommended disposition. Therefore, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 68), **DISMISSES** the complaint with prejudice, and **DENIES** the pending motion as moot (ECF No. 62).

**SO ORDERED**.

Date: November 18, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge