UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES T. WILSON,

Plaintiff,

v.

G. MINIARD, *et al.*,

Defendants.
_____________________________ /

Case No. 24-11634

F. Kay Behm
United States District Judge

Curtis Ivy, Jr.
United States Magistrate Judge

**JUDGMENT**

In accordance with the Opinion and Order Accepting and Adopting the Magistrate Judge's October 13, 2026, Report and Recommendation (ECF No. 68) issued on November 18, 2026, the case is **DISMISSED** with prejudice.

**SO ORDERED**.

Date: November 18, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge